```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                       Case No. 15-16479-elf
Malcolm Roach, Jr.                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: Stacey              Page 1 of 2         Date Rcvd: Jul 13, 2016
                             Form ID: pdf900           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db            +Malcolm Roach, Jr.,    137 Idlewild Rd,    Levittown, PA 19057-2233
cr            +Inspire Federal Credit Union f/k/a Bucks First Fed,     2104 Bath Road,    Bristol, PA 19007-2104
13603274     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA    23238)
13604156       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13594319      +District Court 07-2-02,    1277 Almshouse Road,    Warrington, PA 18976-1209
13594321      +Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
13594322       Harley Davidson Credit Corp,    Dept. 15129,    Palatine, FL  60055-5129
13629646      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13594324      +KML Law Group PC,    Suite 5000 BNY Mellon Independence Ctr,     701 Market Street,
                 Philadelphia, PA 19106-1538
13594325      +Municipal COurt Of Princeton,    400 Witherspoon Street,    Princeton, NJ 08542-3400
13594326      +NJ E-Z Pass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
13594327      +Oxford Valley Co-Operative Preschool,    837 Hoe Road,    Levittown, PA 19056-1444
13594328      +PA Dept Of Revenue,    Bureau Of Individual Taxes,    PO Box 280432,    Harrisburg, PA 17128-0432
13594330      +Pennsylvania Turnpike Commission,     Violations Processing Center,    8000 C. Derry Street,
                 Harrisburg, PA 17111-5287
13648609       TOYOTA MOTOR CREDIT CORPORATION,     C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
13594331     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,    19001 S Western Ave,
                 Torrance, CA  90501)
13594332      +U.S. Bank National Association,    211 North Front Street,    Harrisburg, PA 17101-1406
13665214       Wells Fargo Financial National Bank,    PO Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 14 2016 02:05:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2016 02:05:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2016 02:05:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13594317      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 14 2016 02:06:13      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13599255       E-mail/Text: mrdiscen@discover.com Jul 14 2016 02:04:45      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13594318      +E-mail/Text: mrdiscen@discover.com Jul 14 2016 02:04:45      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13594320      +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 14 2016 02:05:59      Esb/harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
13594323      +E-mail/Text: jmerrill@inspirefcu.org Jul 14 2016 02:06:15      Inspire Federal Credit Union,
                 2104 Bath Road,    Bristol, PA 19007-2104
13594329      +E-mail/Text: blegal@phfa.org Jul 14 2016 02:05:22      Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13611453       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2016 02:05:03
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13649866*      TOYOTA MOTOR CREDIT CORPORATION,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Jul 13, 2016
                              Form ID: pdf900           Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
              J. TODD SAVARESE    on behalf of Creditor    Inspire Federal Credit Union f/k/a Bucks First Federal
               Credit Union toddsav@verizon.net
              JOHN M. KENNEY    on behalf of Debtor Malcolm  Roach, Jr. jken330@comcast.net,
               Kathy@jkenneylaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :
                                                   :      Chapter  7
**MALCOLM ROACH**                                  :
                                                   :
              Debtor(s)                            :
                                                   :      Bankruptcy No.  **15-16479  ELF**

**ORDER**

AND NOW,  it is

1.*(  )   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( **X** ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*(  )   ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: July 13, 2016**

_____
Eric L. Frank
Chief United States Bankruptcy Judge

*  Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm